UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS' PENSION FUND,
NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS HEALTH FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' VACATION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' APPRENTICESHIP &
JOURNEYMAN TRAINING FUND, LABOR MANAGEMENT
COOPERATION TRUST FUND, and BRIAN GENTRY,

CONTRACT ADMINISTRATION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL OF
CARPENTERS,

                  Plaintiffs,

vs.                              Case No. 10-cv-314

FLOOR SYSTEMS MIDWEST, INC.,

                  Defendant.

ENTRY OF DEFAULT OF DEFENDANT
FLOOR SYSTEMS MIDWEST, INC.

The Clerk of Court for the United States District Court for the ~~Eastern~~ WESTERN District of Wisconsin having noted that the Defendant in the above-captioned matter, Floor Systems Midwest, Inc. has failed to plead or otherwise defend as provided under the Fed. R. Civ. P., and that fact has been made to appear by the Affidavit of the attorney for the Plaintiffs;

The Clerk hereby enters the default of Defendant Floor Systems Midwest, Inc. pursuant to Rule 55(a) of the Fed. R. Civ. P.

Dated this 3d day of August, 2010.

_____
Clerk of Court