UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

NORTH CENTRAL STATES REGIONAL COUNCIL OF
CARPENTERS' PENSION FUND, NORTH CENTRAL
STATES REGIONAL COUNCIL OF CARPENTERS HEALTH FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL OF
CARPENTERS' VACATION FUND, NORTH CENTRAL
STATES REGIONAL COUNCIL OF CARPENTERS'
APPRENTICESHIP & JOURNEYMAN TRAINING FUND,
LABOR MANAGEMENT COOPERATION TRUST FUND,
and BRIAN GENTRY,

CONTRACT ADMINISTRATION FUND, NORTH CENTRAL
STATES REGIONAL COUNCIL OF CARPENTERS,

    Plaintiffs,

vs.                                                         Case No. 10-cv-314

FLOOR SYSTEMS MIDWEST, INC.,

    Defendant.
_____

ORDER FOR JUDGMENT

_____

Request and application for default judgment brought by the Plaintiffs in the above-captioned action were submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, orders as follows:

1.     Defendant Floor Systems Midwest, Inc. has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

2.     Floor Systems Midwest, Inc. violated collective bargaining agreements, trust plans and trust agreements, as well as violated provisions of ERISA, the Multi-Employer Pension Plan Amendments Act ("MPPAA"), the terms and provisions of the employee benefit plans, section 301 of the LMRA and the common law of the State of Wisconsin by its continued refusal to submit contributions in accordance with the terms of those plans and agreements, and violated a Settlement Agreement and Mutual Release ("Agreement").

3.     As a result of Defendant's failure, Plaintiffs are entitled to damages consisting of unpaid contributions, liquidated damages, interest, and attorney fees and costs.

4. The court assesses the total damages to the Plaintiffs in the sum of $4,823.18.

IT IS HEREBY ORDERED that the Clerk of Court is directed to enter judgment in favor of Plaintiffs, North Central States Regional Council of Carpenters' Pension Fund, North Central States Regional Council of Carpenters' Health Fund, North Central States Regional Council of Carpenters' Vacation Fund, North Central States Regional Council of Carpenters' Apprenticeship & Journeyman Training Fund, Labor Management Cooperation Trust, Contract Administration Fund, and Northern Central States Regional Council of Carpenters and against Defendant Floor Systems Midwest, Inc. in the amount of $4,823.18 together with interest at the rate allowed by law.

Dated this 1st day of September, 2010.

BY THE COURT

/s/

_____
William M. Conley
U. S. District Judge