IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' PENSION FUND, NORTH
CENTRAL STATES REGIONAL COUNCIL OF
CARPENTERS' HEALTH FUND, NORTH CENTRAL
STATES REGIONAL COUNCIL OF CARPENTERS'       DEFAULT JUDGMENT
VACATION FUND, NORTH CENTRAL STATES
REGIONAL COUNCIL OF CARPENTERS'              Case No. 10-cv-314-wmc
APPRENTICESHIP & JOURNEYMAN TRAINING
FUND, LABOR MANAGEMENT COOPERATION
TRUST FUND, and BRIAN GENTRY,

CONTRACT ADMINISTRATION FUND, NORTH
CENTRAL STATES REGIONAL COUNCIL OF
CARPENTERS,

    Plaintiffs,

v.

FLOOR SYSTEMS MIDWEST, INC.,

    Defendant.

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiffs North Central States Regional Council of Carpenters' Pension Fund, North Central States Regional Council of Carpenters Health Fund, North Central States Regional Council of Carpenters' Vacation Fund, North Central States Regional Council of Carpenters' Apprenticeship & Journeyman Training Fund, Labor Management Cooperation Trust Fund, Brian Gentry, Contract Administration Fund, North Central States Regional Council of Carpenters against defendant Floor Systems Midwest, Inc. in the amount of $4,823.18 plus interest.

_____           _____
Peter Oppeneer, Clerk of Court                    Date  9/1/10